Rivera, J.
(concurring). I agree with the majority that the challenges are unpreserved and on the facts of this case defendant was not denied effective assistance of counsel. To the extent the majority would shift blame for counsel’s failure to defendant for seeking to proceed pro se, I disagree that defendant acted in such an obstructionist manner as to undermine his defense and his claims regarding his counsel’s representation. However, counsel’s inactions do not constitute ineffectiveness warranting reversal, even for failing to challenge defendant’s appearance in shackles before the grand jury. The prosecutor’s instructions concerning the shackling were less than ideal but minimally sufficient to avoid prejudice to defendant.
Chief Judge DiFiore and Judges Pigott, Abdus-Salaam and Stein concur; Judge Rivera concurs in a separate concurring opinion; Judge Fahey taking no part.
Order affirmed.